# Exhibit A



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 30876453**
**Date Processed: 02/25/2025**

| | |
|---|---|
| **Primary Contact:** | Michelle Lowry<br>James River Insurance Company<br>PO Box 27648<br>Richmond, VA 23261-7648 |
| **Electronic copy provided to:** | Sheila Denzler |
| **Entity:** | Falls Lake National Insurance Company<br>Entity ID Number 4148180 |
| **Entity Served:** | Falls Lake National Insurance Company |
| **Title of Action:** | Villages Of Woodridge Condominium Association vs. Falls Lake Fire & Casualty Company |
| **Matter Name/ID:** | Villages Of Woodridge Condominium Association vs. Falls Lake Fire & Casualty Company (16947729) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | DuPage County Circuit Court, IL |
| **Case/Reference No:** | 2025 MR 00092 |
| **Jurisdiction Served:** | Ohio |
| **Date Served on CSC:** | 02/21/2025 |
| **Answer or Appearance Due:** | 03/19/2025 |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Beckmann Law Firm, LLC<br>952-921-5848 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

CIRCUIT COURT SUMMONS (out of state defendant) - SCR 101(b)(3)             2332 (Rev 3/24)

# IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
# DU PAGE COUNTY, ILLINOIS

Villages of Woodridge Condominium ~~Association~~,
**PLAINTIFF**

vs

Falls Lake Fire & Cas Co. and Falls Lake Nat. Ins. Co.,
**DEFENDANT**

CASE NUMBER: 2025 MR 00092

## SUMMONS
### FOR OUT OF STATE DEFENDANT

File Stamp Here

☒ ORIGINAL ☐ ALIAS

To each defendant: Falls Lake Fire and Casualty Company and Falls Lake National Insurance Company (Name)

You are summoned and required to appear, either in person or remotely, before this Court at the DuPage County Judicial Center, 505 North County Farm Road, Wheaton, Illinois on __3/19/2025__ __9:00 am__ __2007__ to answer the (Date) (Time) (Courtroom) complaint of the plaintiff(s), a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint, no default shall be taken until the expiration of thirty (30) days after service.

You are a party to a civil matter. Read all documents attached to this Summons. Typically, this means you must file an official document with the court, within the time stated on this Summons, called an "Appearance" and a document called an "Answer/Response". Note the Answer/Response is not required for small claims and eviction cases unless ordered by the court. If these documents are not filed on time the court may decide the case without hearing from you, and you could be held in default and lose the case.

Documents must be filed electronically with the court (e-filed), which requires an account be created with an Illinois e-filing service provider, see ilcourts.info/efiling. If you are unable to e-file, you can obtain an exemption that allows filing in-person or by mail.

You may be charged filing fees. If you are unable to pay them, you can file an Application for Waiver of Court Fees. A judge will rule on your eligibility for a fee waiver.

The court may allow you to attend the first court date in this case by videoconference. Visit 18thjudicial.org to find the Zoom link for this case on your court date. Contact the Circuit Court Clerk's office at (630)407-8700 for more information.

Need more help? Visit ilcourthelp.gov or call/text Illinois Court Help at (833)411-1121 for information about going to court, including how to fill out legal documents. Also, free legal information and referrals are available at illinoislegalaid.org. Document forms referred to in this Summons can be found at 18thjudicial.org or ilcourts.info/forms.

¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al (833)411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of appearance. If service cannot be made, this summons shall be returned so endorsed.

Date of Service: _____
To be inserted by officer on copy left with Defendant or other person.

Name: Edward E. Beckmann ☐ Pro Se
DuPage Attorney Number: 335857
Attorney for: Plaintiff
Address: 3800 American Blvd. West, Suite 1500
City/State/Zip: Bloomington, MN 55431
Telephone Number: 952.921.5848
Email: ed@beckmannlawfirm.com

WITNESS: **CANDICE ADAMS**, Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, at Wheaton, Illinois.

DATED: 2/20/2025 8:04 PM
SW

*Candice Adams* (signature)
Clerk of the Eighteenth Judicial Circuit

### NOTICE
Personal service state (Code of Procedure section 5/2-208). Insert return date not less than forty 40 days nor more than sixty (60) days from the date of issuance.

CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS

(Rev 3/24)

# SUMMONS RETURN

I certify that I served this summons on defendant as follows:

☐ (a) Individual - personal:
By leaving a copy and a copy of the complaint with each individual personally.

☐ (b) Individual - abode:
By leaving a copy and a copy of the complaint at the usual place of abode of each individual with a person of the family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and the complaint in a sealed envelope with postage fully prepaid, addressed to each individual at the usual place of abode.

☐ (c) Corporate:
By leaving a copy and a copy of the complaint with the registered agent, officer, or agent of each corporation.

☐ (d) Other Service: _____

☐ (e) Unable to Serve:

Name of Defendant _____        Name of Defendant _____

Name of Person
Summons Given to _____        Name of Person
Summons Given to _____

Sex _____ Race _____ Approx. Age _____        Sex _____ Race _____ Approx. Age _____

Place of Service _____        Place of Service _____

City/State _____        City/State _____

Date of Service _____ Time _____        Date of Service _____ Time _____

Special Process Server of

By                                        Illinois License Number

Sheriff of                                County

By                                        Deputy Badge Number

Sheriff's Fees

　　Service and Return .................................................. $ _____

　　Miles ..................................................................... $ _____

　　**Total** .................................................................. $ _____

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS**

APPEARANCE - CIVIL 2139 (Rev. 12/20)

| STATE OF ILLINOIS | UNITED STATES OF AMERICA | COUNTY OF DU PAGE |
|---|---|---|

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

Villages of Woodridge Condominium Association,

vs

FALLS LAKE FIRE AND CASUALTY COMPANY, AND FALLS LAKE NATIONAL INSURNCE COMPANY,

2025MR000092

CASE NUMBER

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 31253253
2025MR000092
FILEDATE: 2/3/2025 7:27 PM
Date Submitted: 2/3/2025 7:27 PM
Date Accepted: 2/4/2025 2:43 PM
PS

File Stamp Here

## APPEARANCE

I hereby enter the appearance of

**Villages of Woodridge Condominium Association**

(Insert the name of the party for whom you are entering the appearance)

and my own as:

- [ ] Additional Counsel
- [ ] Appellate Counsel
- [ ] Court Appointed Counsel
- [ ] Guardian Ad Litem
- [x] Regular Counsel

- [ ] Respondent in Discovery
- [ ] Special & Limited Appearance
- [ ] Substitute Counsel
- [ ] Trial Counsel
- [ ] _____

in the above titled cause.

Name: **Edward E. Beckmann**   [ ] Pro Se
DuPage Attorney Number: **335857**
Attorney for: **Plaintiff**
Address: **3800 American Boulevard West, Suite 1500**
City/State/Zip: **Bloomington, MN 55431**
Telephone Number: **952.921.5848**
Email: **ed@beckmannlawfirm.com**

Signature of Attorney filing Appearance

Edward E. Beckmann
Printed Name

CANDICE ADAMS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60187-0707

## IN THE CIRCUIT COURT FOR EIGHTEENTH JUDICIAL CIRCUIT
## DUPAGE COUNTY, ILLINOIS

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 31253253
2025MR000092
FILEDATE: 2/3/2025 7:27 PM
Date Submitted: 2/3/2025 7:27 PM
Date Accepted: 2/4/2025 2:43 PM
PS

| | |
|---|---|
| VILLAGES OF WOODRIDGE CONDOMINIUM ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FALLS LAKE FIRE AND CASUALTY )<br>COMPANY, AND FALLS LAKE NATIONAL )<br>INSURANCE COMPANY, )<br>)<br>Defendants. ) | Case No. 2025MR000092 |

### PETITION FOR DECLARATORY JUDGMENT

Plaintiff Villages of Woodridge Condominium Association ("Woodridge"), for its Petition for Declaratory Judgment against Defendants Falls Lake Fire and Casualty Company and Falls Lake National Insurance Company, states as follows:

### NATURE OF THE ACTION

1. This is an action for declaratory relief pursuant to 735 Ill. Comp. Stat. 5/2-701 which arises out of an existing and actual controversy between the parties concerning the parties' rights and obligations under an insurance policy.

2. At all relevant times, Plaintiff Villages of Woodridge Condominium Association is an Illinois corporation with a principal place of business in Illinois.

3. At all relevant times, Defendant Falls Lake Fire and Casualty Company ("Falls Lake Fire"), was an Ohio corporation with a principal place of business in Ohio.

4. At all relevant times, Defendant Falls Lake National Insurance Company ("Falls Lake National"), was an Ohio corporation with a principal place of business in Ohio. The two companies are referred to collectively as "Falls Lake".

## JURISDICTION AND VENUE

5. Venue is proper in this Court pursuant to 735 Ill. Comp. Stat. 5/2-101 as the underlying property is in DuPage County.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

6. Falls Lake issued property insurance policy number ending in 01-04 to Woodridge effective from January 12, 2024 to January 12, 2025 (the "Policy").

7. The Policy insured Woodrige's condominium complex, located at 2470 Brunswick Circle, Woodridge, Il 60517, consisting of 27 two-story condominium buildings, against risks of direct physical loss of or damage to covered property ("the Property").

8. On February 27, 2024, a storm with wind and hail damaged 26 of the 27 buildings at the Property.

9. Woodridge promptly notified Falls Lake of the claim.

10. Based on its investigation, Falls Lake determined that there was evidence of spatter marks on aluminum siding, but nevertheless, there was no hail damage from the November 27, 2024, storm.

11. Falls Lake's position is internally inconsistent.

12. Falls Lake conceded there was at least some damage.

13. Woodridge determined, based on a estimate from its contractor, that it would cost $3,782,494.28 to address the storm damage.

2

14. On September 19, 2024, Woodridge demanded appraisal. Woodridge nominated Paul Norcia as its appraiser.

15. Upon information and belief, the Policy contains the following provision providing for the resolution of certain disputes, namely disagreements as to the value of property or the amount of loss, through a process known as appraisal (the "Appraisal Provision"):

> **Appraisal.** In case the insured and this Company shall fail to agree as to the actual cash value or the amount of loss, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty days of such demand. The appraisers shall first select a competent and disinterested umpire; and failing for fifteen days to agree upon such umpire, then, on request of the insure of this Company, such umpire shall be selected by a judge of a court of record in the state in which the property covered is located. The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with this Company shall determine the amount of actual cash value and loss. Each appraiser shall be paid by the party selecting him and the expenses of appraisal and umpire shall be paid by the parties equally.

16. This appraisal provision exists per state statute. *See* 215 ILCS 5/397; Ill. Admin. Code tit. § 50 2301.30; see also << https://idoi.illinois.gov/content/dam/soi/en/web/insurance/companies/documents/Standard-Fire-Policy.pdf >>

17. Falls Lake held a 20-day deadline to nominate an appraiser.

18. Falls Lake failed to nominate an appraiser and failed to move the process forward.

19. Falls Lake has denied Woodridge a contractual and statutory right to an appraisal.

## COUNT I

20. Woodridge incorporates by reference the preceding allegations.

21. Said appraisal provision allows appraisers to resolve disagreements as to the value of property or the amount of loss.

3

22. Woodridge's claim, as reflected in its contractor's estimate, is for replacement of multiple building elements.

23. Falls Lake admits there was some damage from the subject storm.

24. Woodridge prays the Court for a declaration to compel Falls Lake to appraise the scope of loss per the terms of its policy and statute.

25. Woodridge prays the Court for a declaration that Falls Lake has waived the right to nominate an appraiser.

26. Woodridge alternatively prays the Court for a declaration appointing an appraiser for Falls Lake.

27. Woodridge prays for a declaration that enters as a judgment all amounts allocated by the appraisal panel, minus any prior payments.

28. Woodridge prays for a declaration that enters judgment that includes statutory interest on the appraisal award. See *Old Second Nat'l Bank v. Ind. Ins. Co.*, 29 N.E.3d 1168, 390 Ill. Dec. 898 (Ill. Ct. App. 2015); 815 ILCS 205/2; see also *Stock v. Reliance Ins. Co.*, 96 Ill. App.2d 8, 238 N.E.2d 420 (Ill Ct. App. 5th Dist. 1968)

## COUNT II

29. Plaintiff incorporates by reference the preceding allegations.

30. Falls Lake's refusal to appoint an appraiser is a breach of contract, i.e. its insurance policy.

31. Falls Lake must be completed to appraise the amount of loss.

32. Falls Lake must abide by the results of the appraisal process, i.e. the appraisal award.

33. Judgment should be entered in the amount of the eventual appraisal award, minus prior payments, but with statute interest. *See* Paragraph 28 above.

**WHEREFORE**, Plaintiff Villages of Woodridge Condominium Association prays for the following relief:

A. Judgment in the amount of an appraisal award, minus any prior payments and the deductible.

B. For a jury trial should the Court not compel appraisal.

C. For statutory interest

D. For costs and disbursements.

E. For any relief deemed just and equitable.

F. For Plaintiff's attorney fees as the prevailing party in this action.

Respectfully submitted,

Dated: February 3, 2025

/s/ *Edward E. Beckmann*
Edward E. Beckmann, ed@beckmannlawfirm.com
Beckmann Law Firm, LLC
3800 American Blvd. West, Suite 1500
Bloomington, MN 55431
952.921.5848.
Attorney Code – 101306
DuPage County Id. No.: 335857

ATTORNEY FOR PLAINTIFF

5